FILED
U.S. DISTRICT COURT
2009 DEC 17 P 7: 45
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK

Barbara K. Polich (#2620)
ANTCZAK POLICH LAW LLC
PO Box 58225
Salt Lake City, Utah 84158
Telephone: (801) 521-4409
bpolich@antczaklaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **FATPIPE NETWORKS INDIA LIMITED,** an India corporation,<br><br>Plaintiff,<br><br>v.<br><br>**XROADS NETWORKS, INC.**, a Delaware corporation,<br><br>**Defendants.** | **PLAINTIFF FATPIPE'S RULE 56(f) MOTION IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No.: 2:09-cv-186 TC<br><br>**Honorable Tena Campbell**<br>**Magistrate Judge David Nuffer** |

Plaintiff FatPipe Networks India Limited ("Plaintiff") respectfully moves this Court for an order requiring Defendant XRoads Networks, Inc.("Defendant") to grant its Rule 56(f) Motion filed in response to Defendant's Motion for Summary Judgment, denying Defendant's Motion and thus allowing FatPipe to complete the discovery necessary to prepare its opposition affidavits.

This Motion is supported by an accompanying Memorandum and Declaration of Joshua Harr.

1

DATED this 17th day of December 2009.

*Barbara Polich*
Barbara K. Polich, Esq.
ANTCZAK POLICH LAW LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **PLAINTIFF FATPIPE'S RULE 56(f) MOTION IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served to the following this 17th day of December 2009, in the manner set forth below:

[ ] Hand Delivery

[X] U.S. Mail, postage prepaid

[ ] Federal Express

[ ] Certified Mail, Receipt No. _____, return receipt requested

[ ] CM / ECF Filing

>Jan P. Weir
>Douglas Q. Hahn
>STRADLING YOCCA CARLSON & RAUTH
>660 Newport Center Dr, Ste 1600
>Newport Beach, CA 92660-6422
>
>John A. Pearce
>JONES WALDO HOLBROOK & MCDONOUGH
>170 S Main Street, Ste 1500
>Salt Lake City, UT 84101

*Attorneys for Defendant*

_____