# Invoice

**XRoads Networks**
22642 Lambert Street
Suite 403
Lake Forest CA 92630
US
888-997-6237

| Date | Invoice # |
|---|---|
| 7/19/2006 | XR183376 |

| Bill To | Ship To |
|---|---|
| Jeanmarie Neumeyer<br>411 Lafayette Street, 4th Floor<br>New York NY 10003<br>United States | 411 Lafayette Street, 4th Floor<br>New York NY 10003<br>United States |

| Terms | Due Date | PO # | Project | Ship Via |
|---|---|---|---|---|
| | | phone order | | UPS Ground |

| Item | Quantity | Description | Rate | Amount | Serial N... |
|---|---|---|---|---|---|
| Series Appliance | 1 | Appliance-NET S-Series | 0.00 | 0.00 | |
| 2800XL Series | 1 | EdgeXL-2800 Series | 2,995.00 | 2,995.00 | 0090FB0BE562 |
| DBU50 | 1 | Annual Database Updates (50 User) - Provides daily automated updates to the security databases on the Edge appliance, including the content filtering, throttling, auto-classification and IDS databases. | 195.00 | 195.00 | |
| ASCS20 | 1 | Silver Support Level 1 - Full installation and configuration support, 6 incidents / business day response time, firmware patches.<br>30 Days FREE Installation Support and Assistance. Pre-configuration requested. | 600.00 | 600.00 | |

| | |
|---|---|
| Subtotal | 3,790.00 |
| Shipping Cost (UPS Ground) | 34.11 |
| Total | $3,824.11 |

From: "eBay Member: keishatiger" <keisha_ks3357tj@members.ebay.com>
To: "French, Daren" <dfrench@xroadsnetworks.com>
Date: Mon, 25 Apr 2011 13:07:53 -0400
Subject: keishatiger sent a message about EdgeXL Traffic Manager - XRoads Networks #160576969179



eBay sent this message to Daren French (katieandallie11).
Your registered name is included to show this message originated from eBay. Learn more.

## This member has a question for you.



Do not respond to the sender if this message requests that you complete the transaction outside of eBay. This type of offer is against eBay policy, may be fraudulent, and is not covered by buyer protection programs. Learn More.

Click "respond" to reply through Messages, or go to your email to reply

**Respond**

**Dear katieandallie11,**

Sending this out today, the tracking number is 1Z8E18E40398658406. If you have any questions feel free to ask. Thanks,

- keishatiger



EdgeXL Traffic Manager - XRoads Networks
Item Id:    160576969179
End time:   Apr-22-11 06:02:01 PDT
Seller:     keishatiger (50 ☆ )

100.0% Positive Feedback

1/3

https://mail.google.com/mail/?ui=2&ik...

Member since Oct-10-03 in United States

Location: NY, United States

| Listing Status: | This message was sent while the listing was **closed.** |

### ⓘ Marketplace Safety Tip

- **Keep your money safe** - never pay for items with cash or instant money transfer services, such as Western Union or MoneyGram. In the past some sellers have exploited these payment methods in order to defraud buyers, so eBay has banned them from the site.
- Received a Second Chance Offer email? Double check that it's genuine: Second Chance Offer emails come directly from eBay and are shown in your My Messages.
- Trade safely. Beware of anyone who contacts you about buying or selling outside of eBay. When you trade outside of eBay, you're not able to leave feedback or take advantage of protection programs and case resolution tools available on eBay. Report an inappropriate email.
- eBay helps guard your privacy and online safety when you use our messaging tools. If you and the member you're contacting haven't bought or sold from each other recently, our tools may make both of your email addresses anonymous.

**Email reference id: [#a05-nhxwtx0goy#]_[#6d4cfa164d794031bfaa1e36b966943e#]**
Please don't remove this number. eBay customer support may ask you for this number, if you should need assistance.

Learn More to protect yourself from spoof (fake) emails.

Another eBay member sent this email to dfrench@xroadsnetworks.com through the eBay platform. eBay takes no liability for the sending of this email or its content.

Visit our Privacy Policy and User Agreement if you have any questions.

You can report this message as unsolicited (spam/spoof) email.

Copyright © 2011 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.

---

--------- Forwarded message ---------
From: <service@paypal.com>
To: "Corporate" <corporate@xroadsnetworks.com>
Date: Fri, 22 Apr 2011 09:02:00 -0400
Subject: Receipt for your PayPal payment to keishatiger



Apr 22, 2011 06:01:59 PDT
Transaction ID: 8D891126AD621961V

**Hello Daren French,**

## You sent a payment of $815.00 USD to keishatiger (keishatiger@yahoo.com)

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

**Seller**
keishatiger
keishatiger@yahoo.com

**Shipping address** - unconfirmed
Katieandallie11
22642 Lambert St
Ste 403
Lake Forest, CA 92630-1645
United States

**Note to seller**
You haven't included a note.

**Shipping details**
The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| EdgeXL Traffic Manager - XRoads Networks<br>item# 160576969179 | $800.00 USD | 1 | $800.00 USD |
| Shipping and handling | | | $15.00 USD |
| Insurance - not offered | | | --- |
| Total | | | $815.00 USD |
| Payment | | | $815.00 USD |

Charge will appear on your credit card statement as "PAYPAL *KEISHAHOLNE"
Payment sent to keishatiger@yahoo.com

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/help.

Get verified — Pay with your bank and you're 100% protected against unauthorized payments sent from your PayPal account. Log in and click the Unverified link below your name.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

PayPal Email ID PP843