IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| FATPIPE NETWORKS INDIA LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>XROADS NETWORKS, INC.,<br><br>Defendant. | ORDER<br><br><br><br>Case No. 2:09-cv-186 |

On February 9, 2012, Magistrate Judge David Nuffer issued a Report and Recommendation regarding claim construction in the above-captioned matter. The parties were given 14 days from the date of the order to serve and file specific, written objections. Because neither party submitted objections within the allotted time frame, the court adopts in full the Report and Recommendation issued by Magistrate Judge Nuffer.

SO ORDERED this 16th day of March, 2012.

BY THE COURT:

_____
TENA CAMPBELL
United States District Judge