# Exhibit C

Computers/C Programming Language                                    $26.95

# ADVANCED C STRUCT PROGRAMMING

## Data Structure Design & Implementation in C

Developing real-world projects in C usually requires the use of complex data structures. Now, here's the essential book for creating the data structures needed by large-scale applications such as interpreters, operating systems and graphic renderers. Picking up where introductory C programming and data structure books leave off, it presents programmers who already know C's syntax with practical methods for designing and implementing complex data structures.

- Bridges the gulf between the simple data structures covered in most books and the complex structures required in production code

- Provides a flexible framework for organizing programming tips, guidelines, and techniques

- Discusses the many tradeoffs made in writing professional programs

- Provides checklists to ensure that essential program functions aren't overlooked

- Offers a common ground for discussion between programmers and managers

**JOHN W. L. OGILVIE** has an MS in computer science and five years of experience as a full-time professional programmer, most recently with BTS Incorporated. He is also the author of *Modula-2 Programming*.

**JOHN WILEY & SONS, Inc.**
605 Third Avenue, New York, N.Y. 10158-0012
New York • Chichester • Brisbane • Toronto • Singapore

ISBN 0-471-51943-X



9 780471 519430

52695>

viii    CONTENTS

**4  Creating an Abstract Data Type**
First Example of an ADTD    24
Formal Definition of an ADTD    26
Generating Alternate Solutions with ADTDs    31
Guiding Implementation with ADTDs    33

**5  Glossary of ADTD Terms**

**6  Summary**
Where to Go for Help    40
Data Structures versus Algorithms    41
Object-Oriented Programming and the Plan    42

# Section Two    Examples

**7  Introduction**

**8  Building a Collection of Reserved Words**
Top-Level Goals    51
Guiding Examples    52
Abstract Data Type Description    52
Attempt One    55
Attempt Two    56
Attempt Three    57
Listing: rsv_words.c    60

**9  Protecting a Database During Editing**
Top-Level Goals    68
Guiding Examples    69
Abstract Data Type Description    70
Attempt One    72
Attempt Two    78
Attempt Three    81
Attempt Four    86
Listing: database.h    87
Listing: handle.c    88
Listing: handle_test.c    92